**Fifi DAVIS, Petitioner–Appellant,**

v.

**Marcus GORDON; Mike Moore, Attorney General for the State of Mississippi; Lawrence Kelly, Respondents–Appellees.**

**No. 02–61123.**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Sept. 12, 2003.

Fifi Davis, Pearl, MS, pro se.

Before JONES, BENAVIDES and CLEMENT, Circuit Judges.

PER CURIAM.*

Fifi Davis, Mississippi prisoner # R6964, appeals the district court's dismissal for failure to pay the filing fee of her 28 U.S.C. § 2254 petition challenging her three convictions for uttering forgery. She contends that she was indigent and could not afford the $5 filing fee, that her family had sent the funds, that the court should have removed the funds from her prison account, and that the court denied her due process by dismissing the case without holding a hearing. Davis has not shown that the district court abused its discretion in dismissing her habeas petition. *See Martinez v. Johnson,* 104 F.3d 769, 771 (5th Cir.1997). Consequently, the

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.